

# U.S. District Court

## California Northern - Oakland

Receipt Date: Jan 10, 2025 3:09PM

LAJUANA ANASTASIA REID
7839 LOCKWOOD ST
OAKLAND, CA 94621

Rcpt. No: 411018367              Trans. Date: Jan 10, 2025 3:09PM              Cashier ID: #KO

| CD  | Purpose                      | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|------------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner |                    | 1   | 405.00 | 405.00 |

| CD | Tender       |               |           | Amt     |
|----|--------------|---------------|-----------|---------|
| MO | Money Order  | #29729708818  | 01/2/2025 | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments:** DCAN325CV000383-TSH

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.