United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAJUANA A. REID,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants. | Case No. 25-cv-00383-TSH<br><br>**ORDER GRANTING MOTION TO AMEND**<br><br>Re: Dkt. Nos. 7-8 |

On January 21, 2025, Plaintiff LaJuana Reid filed two documents: (1) "Amendment to Defendants Section," ECF No. 7; and (2) "Errata to Page 28," ECF No. 8. As Plaintiff filed these documents in ECF as motions to amend, the Court construes them as a motion to file a second amended complaint pursuant to Federal Rule of Civil Procedure 15. Good cause appearing, the Court **GRANTS** Plaintiff's request. Plaintiff shall file her Second Amended Complaint as a separate docket entry. The Court advises plaintiff that "an amended complaint supercedes the original complaint and renders it without legal effect." *Lacey v. Maricopa County*, 693 F.3d 896, 927 (9th Cir. 2012) (en banc). As such, all allegations and claims that Plaintiff seeks to carry forward in this case must be repled in her second amended complaint.

**IT IS SO ORDERED.**

Dated: January 22, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge