RYAN RICHARDSON, City Attorney, SBN 223548
MARIA BEE, Chief Assistant City Attorney, SBN 167716
KEVIN P. McLaughlin, Supervising Deputy City Attorney, SBN 251477
LORENA MATEI, Deputy City Attorney, SBN 224826
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6519; Fax: (510) 238-6500
Email: lmatei@oaklandcityattorney.org
37186 / 3410850

Attorneys for Defendant,
CITY OF OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAJUANA REID,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, ET AL.,<br><br>　　　　　　Defendant. | Case No. 25-CV-00383-JST<br><br>**DECLARATION OF LORENA MATEI IN SUPPORT OF THE CITY OF OAKLAND'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>Date:　　October 30, 2025<br>Time:　　2:00 p.m.<br>Location: Courtroom 6<br><br>Hon. Jon S. Tigar |

**DECLARATION OF LORENA MATEI**

I, Lorena Matei, declare:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California. I am a Deputy City Attorney in the Oakland City Attorney's Office. I have personal knowledge of the facts set forth below and, if called to do so, would competently testify to these facts.

2. Attached as Exhibit A is a true and correct copy of Plaintiff's Government Claim against the City of Oakland that was received by the City on June 4, 2024.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 25th day of September 2025 in Oakland, California.

Dated: September 25, 2025, at Oakland, California

By: _____
LORENA MATEI, Deputy City Attorney
Attorneys for Defendant,
CITY OF OAKLAND

2

# EXHIBIT A

# CLAIM AGAINST THE CITY OF OAKLAND

Please return the completed form to the Office of the City Attorney, One Frank H. Ogawa Plaza, 6th Floor, Oakland, CA 94612. Additional sheets may be attached as necessary. Enclose a **postage paid envelope** if you require a filing receipt.



2024 JUN -4 AM 9:28

1) CLAIMANT'S NAME: LaJuana A. Reid
2) ADDRESS: 7839 Lockwood Street   City: Oakland   State: CA   Zip: 94621
HOME #: 510-201-9013   DRIVER'S LICENSE:
WORK #:   SOCIAL SECURITY #:
CELL #:   COVERED BY MEDICARE?   IF YES, MEDICARE #:
DATE OF BIRTH: 07/19/1960   OCCUPATION: Retired - Data Specialist /University of CA, Continuing Education of the Bar
AUTO INSURANCE NAME AND POLICY # (if applicable)

3) IF AMOUNT CLAIMED IS LESS THAN $10,000, AMOUNT OF CLAIM: $_____
(Attach copies of expenses substantiating the basis of computation for the amount being claimed)

IF AMOUNT CLAIMED EXCEEDS $10,000, WOULD THE CLAIM BE A LIMITED CIVIL CASE (Less than $25,000)?
Yes ____   No _x_   Unsure ____

4) ADDRESS TO WHICH NOTICES ARE TO BE SENT, IF DIFFERENT FROM LINES 1 & 2:

NAME:
ADDRESS:   City:   State:   Zip:
PHONE #:

5) DATE OF INCIDENT: See attached   TIME OF INCIDENT:
SPECIFIC LOCATION OF INCIDENT* (Address): Oakland, California

6) DESCRIBE THE INCIDENT INCLUDING YOUR REASON FOR BELIEVING THE CITY IS LIABLE FOR YOUR DAMAGES: See attached

7) DESCRIBE ALL DAMAGES WHICH YOU BELIEVE YOU HAVE INCURRED AS A RESULT OF THE INCIDENT: See attached

8) NAME(S) OF PUBLIC EMPLOYEE(S) CAUSING THE DAMAGES YOU ARE CLAIMING: See attached
9) WERE PARAMEDICS CALLED?
10) IF YOU WENT TO A DOCTOR, LIST THE NAME, ADDRESS & TELEPHONE NUMBER:

Date of 1st Visit:   Is there a police report on file? YES!

X /s/ LaJuana Reid   X May 29, 2024
Signature of Claimant or Representative   Date

**Complete the diagram on the back of this form showing the location of the incident**
Any person who, with the intent to defraud, presents any false or fraudulent claim may be punished by imprisonment or fine or both.
**Claims must be filed within 6 months of the incident.** See Government Code §§ 900 et seq.*   (Revised 11/01/18)

22464306

Have Officer J. Romero give you report #19-048359 violation of MOR 398.80 and 398.96, for an incident that never happened! We'll get to the TRO he also hand wrote for my kidnapping later.

LaJuana A. Reid
7839 Lockwood Street
Oakland, CA 94621
gangstalkedandkidnappedbyopd@gmail.com
510-201-9013

May 29, 2024

City Attorney's Office
City of Oakland
1 Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612

**Subject: Formal Claim Against the City of Oakland for Continuous Harassment, False Accusations, and Criminal Conspiracy**

Dear City Attorney,

I am filing this claim against the City of Oakland and the Oakland Police Department due to ongoing harassment, false accusations, and a coordinated criminal conspiracy targeting me since 1999. These actions have led to severe emotional distress, financial losses, and irreparable damage to my reputation and property. I understand that this claim is a necessary formality before proceeding with my lawsuit, and I do not expect a resolution from this process. I am prepared to file my lawsuit immediately upon your dismissal of this claim.

**Criminal Conspiracy and Organized Gang Stalking**
The Oakland Police Department has been involved in an organized gang stalking operation, employing criminal informants to terrorize me. This began in 1999 and has continued unabated despite a lifetime restraining order being issued in my favor (C-821205). Officer John Jacko Romero has played a key role in unraveling this criminal

conspiracy by writing false police reports and fabricating a temporary restraining order. These documents were used to justify my kidnapping and subsequent harassment.

### Specific Incidents Involving Officer Romero and Others:

- Officer John Jacko Romero authored a false police report to lay the foundation for my kidnapping.
- He fabricated a temporary restraining order and had it filed by his cousin, Moses Jacko Jr., with the court.
- Once filed, this restraining order, along with other falsified documentation created by Romero, was used to carry out my kidnapping on October 1, 2019.
- Officer Janey Meeks-Hay organized and executed the kidnapping, with Victoria DeDardi and Mark Wilson carrying it out.

### Continuous Harassment and Malicious Prosecution

On November 1, 2019, the Oakland Police Department attempted to set me up for re-arrest by submitting falsified documents to the district attorney, despite the restraining order against me having been denied on October 22, 2019. This is part of an ongoing pattern of malicious prosecution and harassment intended to intimidate and silence me.

### Illegal Watchlisting, Human Experimentation, and Biometric Surveillance

I discovered that I have been illegally watchlisted, which was confirmed after my kidnapping on October 1, 2019. My watchlist number is 9596690-00. This watchlisting has subjected me to continuous surveillance, phone hacking, computer hacking, and biometric surveillance, all of which violate my constitutional rights. Additionally, I have been a victim of non-consensual human experimentation, which has further exacerbated my suffering.

### Request for Resolution

I respectfully request that the City of Oakland acknowledges the severity of these incidents and takes appropriate actions to address the misconduct and criminal activities of its police officers. I seek the following relief:

- Immediate cessation of all harassment, surveillance, and misconduct by the Oakland Police Department, including phone hacking, computer hacking, and biometric surveillance/organized gang stalking/human trafficking.
- Compensation for emotional distress, financial losses, property damage, and legal expenses incurred due to the continuous harassment and false accusations.
- Public acknowledgment and rectification of the illegal watchlisting and organized gang stalking operations conducted by the Oakland Police Department.

Given the extensive evidence I possess, which incontrovertibly proves the criminal conspiracy and ongoing violations of my rights, I am seeking compensation in the amount of $50 million. I urge the City Attorney's Office to dismiss this claim as soon as possible so I can proceed with filing my lawsuit.

Sincerely,

LaJuana A. Reid
Illegally Watchlisted Subject 9596690-00

L.A. Reid
7839 Lockwood Street
Oakland, CA 94621

Retail




94612

RDC 01   0 Lb 2.50 Oz

U.S. POSTAGE PA
USPS Ground Adv
SAN LEANDRO, C
MAY 30, 2024

$9.15

R2304H109026-17

Office of the City Attorney,
One Frank H. Ogawa Plaza, 6th Floor,
Oakland, CA 94612



USPS SIGNATURE® TRACKING

9502 1103 3141 4151 3068 71

# CERTIFICATE OF SERVICE
## 25-cv-00383-JST
### United States District Court REID v. CITY OF OAKLAND

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One Frank H. Ogawa Plaza, 6th Floor, Oakland, California 94612. On the date set forth below, I caused service of the foregoing documents:

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS CITY OF OAKLAND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**

☒ **By email service.**

  ☒ I sent the documents by electronic transmission or notification to the person(s) at the email addresses listed below.

  ☒ I submitted the documents to an E-Filing Service Provider which in turn serves the documents via email to the persons(s) at the e-mail address(es) listed below.

| | |
|---|---|
| LAJUANA A. REID<br>7839 Lockwood Street<br>Oakland, California 94621<br>Lajuanareid701@gmail.com<br><br>Attorney(s) for In Pro Per | |

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Executed on September 25, 2025, at, Oakland, California.

_____
ELIZABETH ZINK

☒ **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the address(es)es listed below and *(specify one)*:

  ☐ I placed the envelope for deposit with the United States Postal Service, with the postage fully paid.

  ☒ The envelope was placed for collection and mailing, following our ordinary business practices. I am readily familiar with the City of Oakland's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully paid.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Executed on September 25, 2025, at, Oakland, California.

*Elizabeth A. Zink*
_____
ELIZABETH ZINK