RYAN RICHARDSON, City Attorney, SBN 223548
MARIA BEE, Chief Assistant City Attorney, SBN 167716
KEVIN P. McLaughlin, Supervising Deputy City Attorney, SBN 251477
LORENA MATEI, Deputy City Attorney, SBN 224826
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6519; Fax: (510) 238-6500
Email: lmatei@oaklandcityattorney.org
37186 / 3410394

Attorneys for Defendant,
CITY OF OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAJUANA REID,<br><br>       Plaintiff,<br><br> v.<br><br>CITY OF OAKLAND, ET AL.,<br><br>       Defendant. | Case No. 25-cv-00383-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(b)(1)(6) and 12(e)**<br><br> Date:  October 30, 2025<br> Time:  2:00 p.m.<br> Dept.: Courtroom 6<br><br>Judge Jon S. Tigar |

# **[PROPOSED] ORDER**

Defendant CITY OF OAKLAND ("Defendant")'s Motion to Dismiss Plaintiff's Third Amended Complaint came on for hearing before this Court on October 30, 2025, attorneys appearing for Defendant and Plaintiff appearing in pro per. After consideration of the briefs and arguments presented, and all other matters presented to the Court, IT IS HEREBY ORDERED that Defendant CITY OF OAKLAND's Motion to Dismiss Plaintiff's Third Amended Complaint is GRANTED, and orders Plaintiff's Third Amended Complaint DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                           JON S. TIGAR
                                                                           United States District Judge